# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

J&L Pack, Inc et al,

Plaintiff(s),

v.

Nova Casualty Company,

Defendant(s).

Case No. 1:20-cv-03389
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Nova's motion for summary judgment is granted and Plaintiffs' partial motion is denied. Because the Virus Exclusion bars coverage, all four counts in Plaintiffs' complaint are dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion for summary judgment.

Date:  8/11/2021                              Thomas G. Bruton, Clerk of Court

                                              E. Wall, Deputy Clerk